# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| USA | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 09-40069-GPM |
| David N. Barnes et al | ) | |
| *Defendant(s)* | ) | |

## NOTICE OF STRIKING
## <u>ELECTRONICALLY FILED DOCUMENTS</u>

DOCUMENT NUMBER: 627          DOCUMENT TITLE: Sealed Motion

One of the following errors/deficiencies has been identified in the document listed above:

☒ Incorrect document attached.

## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry STRICKEN as ordered by the Court.

## ACTION REQUIRED BY FILER

☒ None. Document has been re-filed at document 628.

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ Tammy McMannis*

DATE: July 12, 2011          Deputy Clerk

CMECF-03
(12/10)