To Whom it May Concern:                                August 29, 2012

Can you please send me a docket sheet so I can be updated on the status of my case

Thank you

*Frankie Maines*
Frankie Maines # 08244-025
Federal Prison Camp
P.O. Box 6000
Greenville IL 62246

11-684-GPM
09-40069-GPM

**FILED**

AUG 31 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE