IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 09-40069-GPM-09 |
| | ) |
| FRANKIE J. MAINES, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Defendant moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the Court appointed the Office of the Federal Public Defender in reference to that motion (Docs. 708, 710). Now before the Court, in addition to Defendant's still-pending motion for sentence reduction, is a motion by the Federal Public Defender to withdraw (Doc. 722). The motion to withdraw states that, as the Fair Sentencing Act neither lowers Defendant's guideline range nor changes the mandatory minimum term of imprisonment, counsel can discern no non-frivolous basis for persisting in a § 3582(c)(2) motion. The Court now **GRANTS** counsel's motion to withdraw (Doc. 722) and **DENIES** Defendant's § 3582(c)(2) motion (Doc. 708). Defendant is not eligible for reduction of her sentence. *See United States v. Taylor,* 627 F.3d 674, 676 (7th Cir. 2010) ("Relief under the statute [18 U.S.C. § 3582(c)(2)] is not available when a retroactive amendment 'does not have the effect of lowering the defendant's applicable guideline range.'" *citing* United States Sentencing Guideline § 1B1.10(a)(2)(B)).

**IT IS SO ORDERED.**

DATED:   May 30, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge
