IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANKIE MAINES,

        Defendant.

Case No. 4:09-CR-40069-NJR-9

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release (Doc. 1215) filed by Defendant Frankie Maines. Maines seeks the early termination of a five-year period of supervised release after serving more than three years of the term. The United States Probation Office has indicated that it has no objection to early termination.

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Maines has served more than three years of her term of supervised release. Furthermore, Probation appears to be satisfied with Maines's compliance with the terms of supervised release to date.

After considering Maines's motion and the 18 U.S.C. § 3553(a) factors, the Court finds that early termination of her supervised release is warranted by her conduct and in the interest of justice. Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Frankie Maines is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

**DATED:** July 26, 2021

*[signature]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**